**FILED**
CLERK, U.S. DISTRICT COURT

8/26/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MMC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:25-CR-00705-MEMF |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. § 111(a)(1): Assault on Federal Officer] |
| ISAIAS LOPEZ, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 111(a)(1)]

On or about August 8, 2025, in Los Angeles County, within the Central District of California, defendant ISAIAS LOPEZ, intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim L.R., an employee of the United States Department of Homeland Security, Federal Protective Service,

//

//

//

and in doing so made physical contact with L.R., while L.R. was engaged in, and on account of, the performance of L.R.'s official duties.

                                                    A TRUE BILL

                                                  /S/_____
                                                  Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*Frances D. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

THI HOANG HO
Assistant United States Attorney
General Crimes Section