# Exhibit A

# Federal Protective Service
## Affidavit

# AFFIDAVIT

Case Number: _____  Date: 09August2025   Time: 2008

Place of Statement: 255 E. Temple St. Los Angeles Ca

I, _____ Inspector Leo Ranjo _____ the undersigned, am _____ years of age, having been born on _____ (Date of Birth) in _____ (city/state)

I now live at _____ (Address, City, State, Zip)

Telephone: _____ (Cell #)   267-835-7634 _____ (Work #)

Email: Leo.Ranjoiii@fps.dhs.gov _____ (Home)   _____ (Work)

On August 9, 2025, at approximately 2008 hours, while conducting duties as a Federal Protective Service Law Enforcement Officer under Operation SkipJack, I was deployed alongside Inspector Cabral (1740), Inspector Wilson (1768) and Inspector Williams (1547) at the Edward R. Roybal Federal building at 255 E. Temple Street in Los Angeles, California. We were outside the garage entrance on Alameda Street. At the time, approximately 80–100 demonstrators were gathered across the lot near the garage entrance, shouting and yelling profanities suck as, "Fuck you pigs", "Kill yourselves", "Fucking Bitches", directed at the Inspectors on site.

Inspector Santoyo (0905) observed two individuals, a male and a female, positioned adjacent to the left side of the garage entrance, approximately 15 feet from the door, between the federal building and the Federal Bureau of Prisons building. He requested assistance from two Inspectors to approach the individuals and have them move back to the sidewalk and off federal property. Inspector Wilson (1768) and I accompanied Inspector Santoyo to address the situation.

Upon approaching the individuals, Inspector Santoyo asked them to move back to the sidewalk. The individuals presented press credentials hanging around their necks on lanyards. Inspector Santoyo explained that, regardless of their press status, all individuals were required to remain off federal property and on the sidewalk. The individuals refused to comply and continued to argue.

As the interaction progressed, a large group of demonstrators began to gather around us. I repeatedly gestured with my arms in a "T" shape, instructing the crowd to move back to the sidewalk. One female demonstrator approached within two inches of my face with her phone camera, stating that she pays taxes and did not have to leave public property, despite the fact that we were on federal property. The crowd grew to an estimated 30-40 demonstrators, who were shouting profanities like, "Fucking bitches", "Fuck you motherfuckers", yelling into bullhorns, and making obscene gestures.

During this time, I observed a large male demonstrator holding a dark object close to the face of another Inspector. Initially unsure of what the object was, I approached and identified it as a professional-grade camera. I stepped in front of the individual, raised my arms in a "T" shape, and instructed him to move back to the sidewalk. The man then moved the camera towards my face and struck me on the bridge of my nose with it. I used my right hand to push his left arm back while repeating my instruction to move back to the sidewalk and remove the camera from my face.

The individual responded by striking me in the chest with an open hand and yelled, "Fuck You!" At that point, I lunged at the man as he attempted to retreat. I grabbed his left arm and began pulling him towards me. Inspectors Neighoff (1474), Terpstra (1515), and Commander Sermons (V51) also engaged to assist in subduing the individual. Due to the density of the crowd surrounding us, we all fell to the ground simultaneously.

I regained my footing and took control of the individual's legs, crossing them and moving his feet towards his buttocks to immobilize him while Commander Sermons and Inspector Terpstra secured him in handcuffs. Once restrained, the individual was assisted to his feet.

After standing, the individual aggressively lunged at me, shouting, "I got you on camera," and with his face, made physical contact with my nose. I moved my head back and pushed his face away to prevent further contact. The individual was then escorted into the federal building by Inspector Neighoff and Commander Sermons for processing.

This concluded my involvement in the incident. Pictures were also taken of my nose.

Leo Ranjo _____   _Signature_____   09August2025 /2311
Print Name:                          Signature                              Date/Time

_____   _____   _____
Witness Print Name:                  Signature                              Date/Time

Page 1 of 1   USAO_00000006   Initials LR