CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
REBECCA M. ABEL  (Bar No. 298604)
(E-Mail:  rebecca_abel@fd.org)
KYRA NICKELL (Bar No. 328816)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-2854
Facsimile:  (213) 894-0081

Attorneys for Defendant
ISAIAS LOPEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00705-MEMF-1 |
| Plaintiff, | **JOINT STATUS REPORT REGARDING TRIAL DATE** |
| v. | |
| ISAIAS LOPEZ, | **Hon. Maame Ewusi-Mensah Frimpong** |
| Defendant. | |

1      1.     Consistent with the Court's November 13, 2025 order, the parties met and conferred on November 13, 2025 regarding resetting the trial date in this matter.

2.     The parties have conferred and agree that the total trial time for this case will be no more than 13.5 hours.  Both parties and defendant are available and prefer to try this case starting November 17, 2025, with this Court presiding.

3.     Due to the conflicts of defense counsel, the soonest date after November 17, 2025 that both defense counsel are available to try this case is on January 26, 2026. The defendant will agree to a trial date of January 26, 2026 solely to preserve his right to continuity of counsel.

4.     The government has indicated that Assistant United States Attorney Eric Mackie is unavailable on January 26 due to a trial conflict in *United States v. Terrazas*, 25-cr-00500-PA, where the government does not expect any further continuances. Government counsel is otherwise available in December and January.

5.     The government is available to try this case on December 2, 2025. Defense counsel, Deputy Federal Public Defender Kyra Nickell is unavailable on December 2, 2025 due to prescheduled, prepaid annual leave."

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED:  November 14, 2025     By  */s/ Rebecca M. Abel*
_____
REBECCA M. ABEL
KYRA NICKELL
Deputy Federal Public Defender
Attorney for ISAIAS LOPEZ

BILAL A. ESSAYLI
First Assistant United States Attorney

DATED:  November 14, 2025     By  */s/ Rahul R.A. Hari*
_____
ERIC L. MACKIE
RAHUL R.A. HARI
Assistant United States Attorneys

1